ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM RANDOLPH UMSTEAD, Petitioner, v. LINDA T. MCGREW, Warden, Respondent. | Case No. CV 13-08343 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 20, 2014

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE